JENNIE FEDEAROWICZ, as Administratrix of the Estate of JOSEPHINE FEDEAROWICZ, Respondent, *v.* CITY OF AMSTERDAM, N. Y., Appellant.

Argued October 3, 1944; decided November 16, 1944.

*Walter L. Glenney* for appellant.
*Lewis M. Mullarkey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.